TM:TK
F.#2008R01116

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

    - against -

KARSEEM WILSON,

        Defendant.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 01 2008 ★

BROOKLYN OFFICE

I N D I C T M E N T
Cr. No. _____
(T. 18, U.S.C., §§
922(g)(1), 924(a)(2)
and 3551 et seq.)

BLOCK, J.

J. ORENSTEIN, M.J.

THE GRAND JURY CHARGES:

    On or about May 23, 2008, within the Eastern District of New York, the defendant KARSEEM WILSON, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Hi-Point .380 caliber semi-automatic handgun, and ammunition.

    (Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

A TRUE BILL

_____<br>FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
    Assistant U.S. Attorney

F. #2002R02145
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*Karseem Wilson*

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 922(g)(1), 924(s)(23) and 3551 et seq.)

*A true bill.*

_____
*Foreman*

*Filed in open court this* _____1_____ *day,*
*of* _July_ *A.D. 20* _08_

_____
*Clerk*

Bail, $ _____

*Todd Kaminsky, Assistant U.S. Attorney (718-254-6367)*