# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 01 2008 ★

BROOKLYN OFFICE

**BLOCK, J.**

1. Title of Case: **United States v. Karseem Wilson**
2. Related Magistrate Docket Number(s): M-08-559
3. Arrest Date: **5/23/08**
4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor
5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): None
6. Projected Length of Trial:  Less than 6 weeks (X)
   More than 6 weeks ( )

**ORENSTEIN, M.J.**

7. County in which crime was allegedly committed: <u>Queens</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)
8. Has this indictment/information been ordered sealed? ( ) Yes (X) No
9. Have arrest warrants been ordered? ( ) Yes (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Todd Kaminsky
Assistant U.S. Attorney
718-254-6367

Rev. 3/22/01